JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation, | ) Case No. 2:24-cv-06737-DSF-BFM ) ) Judge: Hon. Dale S. Fischer ) |
| Plaintiff, | ) **ORDER APPROVING STIPULATION** ) **FOR DISMISSAL OF ACTION WITH** |
| vs. | ) **PREJUDICE (F.R.C.P. 41(a))** ) |
| ALISAM OXNARD OPERATING, LLC, d/b/a WATERDROPS EXPRESS CARWASH, a California Limited Liability Company; ALISAM GONZALES OPERATING, INC., a California Corporation; BEHZAD "BOB" BANDARI, an individual; RAHIM SIAM, an individual, SAM SIAM, an individual, ALISAM HANFORD, LLC, a California Limited Liability Company; ALISAM DELANO, LLC, a California Limited Liability Company; ALISAM MORENO, LLC, a California Limited Liability Company; ALISAM DINUBA, LLC, a California Limited Liability Company; ALISAM HANPORT OPERATING, INC., a | ) [Filed concurrently with Stipulation to ) Dismiss Action with Prejudice] ) ) ) ) ) ) Complaint filed: August 8, 2024 ) ) ) ) ) ) ) ) ) ) ) |

- 1 -

California Corporation; ALISAM )
TULANO OPERATING, INC., a )
California Corporation; ALISAM )
MORENO OPERATING, INC. a )
California Corporation; ALISAM )
CAMARILLO OPERATING, INC., a )
California Corporation; ALISAM )
VICTORIA OPERATING, INC., a )
California Corporation; and DOES 1- )
30, inclusive, )
                                   )
        Defendants.                )
_____ )

## ORDER

The Court, having read and considered the foregoing Stipulation among the parties, hereby ORDERS that this action is hereby dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**


DATED:  October 30, 2025

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE